# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2005

128003 & (27)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JULIUS CURTIS WALKER,
    Defendant-Appellant.

SC: 128003
COA: 255740
Washtenaw CC: 98-011576-FC

_____/

On order of the Court, the application for leave to appeal the January 3, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to add issue is also considered, and it is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

s1121